# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145816(70)(73)

JOHN TER BEEK,
        Plaintiff-Appellee,

v

CITY OF WYOMING,
        Defendant-Appellant.

_____/

SC: 145816
COA: 306240
Kent CC: 10-011515-CZ

       On order of the Chief Justice, the motion by plaintiff-appellee for leave to file a response to amicus curiae briefs is GRANTED. The response submitted on September 10, 2013, is accepted for filing. On further order of the Chief Justice, the motion by Cannabis Attorneys of Mid-Michigan to file a late amicus curiae brief is GRANTED. The amicus curiae brief submitted on September 24, 2013, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       October 2, 2013



Clerk